IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JARRETT R. NELSON                                                                          PLAINTIFF

VS                                                    CIVIL ACTION NO.: 3:17-CV-905-HSO-LRA

LAUDERDALE COUNTY                                                                      DEFENDANT

## JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court on the request <u>ore tenus</u> of the Plaintiff for a final judgment fully and finally dismissing with prejudice his claims against the Defendant, as well as all claims that have been asserted or could have been asserted by him against any party. The Court finds that the parties are in agreement and that the Motion is well taken. It is therefore,

ORDERED AND ADJUDGED that this case should be, and is hereby, dismissed with prejudice, with each party shall bear his/its own costs (including attorney's fees), and with the understanding that no party will file a bill to tax costs herein.

SO ORDERED AND ADJUDGED, this the 21st day of November, 2018.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

**AGREED**:

/s/ Warren L. Martin, Jr.
Warren L. Martin, Jr. (MSB # 101528)
Attorney for Plaintiff


/s/Lee Thaggard
Lee Thaggard (MSB #9442)
Attorney for Defendant